FILED
CLERK, U.S. DISTRICT COURT

APR 15 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Fredrick Stewarty Defendant. | Case No.: 5:22-MJ-236<br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

   (X)   information in the Pretrial Services Report and Recommendation
   (X)   information in the violation petition and report(s)
   ( )   the defendant's nonobjection to detention at this time
   ( )   other: _____

1

1         and/ or

2  B. ( )   The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the safety
4         of any other person or the community if released under 18 U.S.C.
5         § 3142(b) or (c).  This finding is based on the following:
6         ( )   information in the Pretrial Services Report and Recommendation
7         ( )   information in the violation petition and report(s)
8         ( )   the defendant's nonobjection to detention at this time
9         ( )   other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: April 15, 2022                    _____
15                                             SHERI PYM
                                            United States Magistrate Judge